ACCEPTED
05-15-00563-cr
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/1/2015 6:42:20 PM
LISA MATZ
CLERK

NO. 05-15-00563-CR

| | | |
|---|---|---|
| **CHAD ALLEN BAILEY** | § | **IN THE COURT OF APPEALS FOR** |
| | § | |
| | § | |
| **v.** | § | **THE FIFTH DISTRICT OF TEXAS** |
| | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **DALLAS, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/1/2015 6:42:20 PM
LISA MATZ
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

NOW COMES, the Appellant, Chad Allen Bailey, and moves for an extension of time to file the Appellant's Brief in this case, and in support thereof would show the following:

### I.

The appellant was convicted in the County Criminal Court Number Two, Dallas County, Texas for the offense of driving while intoxicated in Cause No. MB13-34519-B, styled *State of Texas v. Chad Allen Bailey*. On March 23, 2015, the appellant was assessed a punishment of 120 days confinement in the county jail, suspended for 15 months community supervision. A Motion for New Trial was filed on March 25, 2015 and was denied. Notice of appeal was filed on April 13, 2015.

### II.

The deadline for filing appellant's brief in July 2, 2015. The appellant has not requested any extension prior to this request.

### III.

Appellant requests an extension of time of 30-days to file appellant's brief. Counsel is requesting the extension because counsel is preparing for trial in State v. Susan Aman, Cause No. 003-88432-2014 set on July 6, 2015, in Collin County and preparing for trial in State. v. Larry

Appellant's Motion for Extension of Time to File Brie - Page 1

Foster, Cause No. M14-55737, set for trial July 8, 2015, in Dallas County.

IV.

WHEREFORE, appellant prays the court grant this motion and extend the deadline for filing appellant's brief for thirty-days until August 2, 2015.

Respectfully submitted,

  /s/ Neil Pask                                          
NEIL EDWARD PARK
State Bar of Texas Card No. 15556700

LAW OFFICE OF NEIL PASK, P.C.
6116 N. Central Expy.
Suite 500
Dallas, Texas 75206
(214) 360-9700
Fax (214) 891-9990
neil@paskcriminaldefense.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Appellant's Brief was mailed to the Dallas County District Attorney's Office, 133 N. Riverfront Blvd. Dallas, Texas 75207 on June 30, 2015.

____/s/ Neil Pask_____
Neil Pask